UNITED STATES DISTRICT COURT
BURLINGTON VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT -7 PM 12: 11

CLERK

BY /s/ AW
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case N0. 2:16-CR-00019-2 |
| Plaintiff ) | |
| ) | JUDGE: Hon. Christina Reiss |
| -vs.- ) | |
| ) | Defendant's Motion for Early Termination |
| KWASI ASANTE ) | of Supervised Release |
| ) | (18 U. S. C. § 3583 (e)(1)) |
| Defendant ) | |

Now comes the Defendant, Kwasi Asante, respectfully requesting that this Court terminate his term of Supervised Release early, pursuant to 18 U. S. C. § 3583 (e) (1).

## PROCEDURAL HISTORY

On 23 January, 20 17, the defendant plead guilty to Conspiracy to Distribute Heroin and Bulk Cash Smuggling. On December 6, 2017 the Defendant was sentenced to a term of five years incarceration followed by a term of three years Supervised Release, a Monetary Imposition of $40,000 and a forfeiture of $27,624 seized by the FBI. The Defendant has completed the term of imprisonment, paid the Monetary Imposition in full, and has been on Supervised Release since March 18, 2020 or a period of 18 months as of September 18, 2021.

## FACTORS IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States Department of Justice designated the Defendant as an "out custody" inmate and he was housed at the Federal Prison Camp McKean in Bradford, Pennsylvania. During the entire period of incarceration, I never received any disciplinary reports and maintained clear conduct.

While at McKean I was entrusted with employment in the Prison's Library.

Prior to my release from McKean, I completed all required Release Planning & Preparation (RPP) classes and the Residential Drug Abuse Program (RDAP).

Following my release from federal custody:

- - - I immediately reported to Probation Officer at the time, Ms. Vanessa Fletcher, and has satisfied all her directives.
- - - Passed all drug tests administered by the Probation Department.
- - - Obtained and sustained employment activity.
- - - The defendant has and continues satisfy requirements set forth by the Probation Department.
- - - Satisfied all mandatory and standard conditions required by the JUDGEMENT by the Court.

The following exceptional circumstances furher suppot this request for early termination if supervised release:

(1) My current United States Probation Officer, Ms. Moneik Edgerson, recommendsanad supports early termination.
(2) My supervised release has now been placed in low risk, non-reporting status as a result of my immaculate compliance with the terms of my sentence.
(3) Termination will allow for improved accessibility to employment opportunities nationwide, since I will not be limited to the small area currently designated as available to me.
(4) The defendant has demonstrated excellent family reitegration, providing emotional and financial support to his wife and children.

Should the Court or probation Office require any additional information concerning this request, please let me know and I will respond immediately.

Thank you very much for your consideration.

Respectfully,

Kwasi A. Asante

130-G Schoolhouse Lane
Columbus, OH 43228


cc: Moneik Edgerson
United States Probation Officer
Joseph P. Kinneary US Courthouse
85 Marconi Boulevard, RM 546
Columbus, OH 43215

Tel: (614) 719-3137
Email: Moneik_Edgerson@ohsp.uscourts.gov