PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 14  AM 9:44

CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

FOR THE

District of Vermont

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KWASI A. ASANTE | Crim. No.   2:16-cr-19-02 |

On December 6, 2017, the above-named appeared before the Court and was sentenced to 60 months imprisonment to be followed by three years of supervised release. On October 7, 2021, the supervised releasee filed a motion with the Court seeking early termination of supervised release. The government filed a response on October 12, 2021, indicating it does not oppose early termination and the U.S. Probation Offices in Ohio, where the supervisee currently resides and is supervised, and Vermont, where jurisdiction of the case remains, also have no objection to the request. According to information provided by the U.S. Probation Offices, and noted by the government in its response to the supervised releasee's motion, the supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and the proceedings in the case be terminated.

Dated this 14th day of October, 2021.

_____
*United States District Judge*